**Carter CALDWELL v. UNITED STATES.**

No. 10689.

United States Court of Appeals
Sixth Circuit.

Dec. 17, 1948.

Carter Caldwell, appellant, of Leavenworth, Kansas, in pro. per.

Thomas P. Thornton, of Detroit, Mich., for appellee.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

The order of the district court, entered herein March 30, 1948, denying motion of the appellant Carter Caldwell to vacate sentence on the second count of the indictment and dismissing motion for declaratory judgment is affirmed; and it is further ordered that no relief can be granted appellant on his motion to correct sentence filed on April 8, 1948, and his amendment thereto filed April 21, 1948.

**George CARLSON v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3739.

United States Court of Appeals
Tenth Circuit.

Nov. 30, 1948.

No appearance for appellant.

Col. Nicholas R. Voorhis, Office of the Judge Advocate General, of Washington, D. C., and Lester Luther, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

Dismissed on ground that appeal was moot.

**CHICAGO, ROCK ISLAND & PACIFIC RAILROAD COMPANY, a Corporation, v. Howard SAVAGE.**

No. 3732.

United States Court of Appeals
Tenth Circuit.

Nov. 12, 1948.

Savage, Gibson & Benefield, of Oklahoma City, Okl., for appellant.

Rittenhouse, Webster, Hanson & Rittenhouse, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.